# IN THE SUPREME COURT OF THE STATE OF NEVADA

COURTNEY MOTLEY,
          Appellant,
        vs.
NDOC; AND JAMES DZURENDA,
DIRECTOR
          Respondents.

No. 79506

**FILED**

SEP 2 7 2019

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
    DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from a purported district court order denying a postconviction petition for a writ of habeas corpus. Eighth Judicial District Court, Clark County; Tierra Danielle Jones, Judge.

This court's review of this appeal reveals a jurisdictional defect. Specifically, no decision had been made on the petition when appellant filed the appeal on August 26, 2019. Thus, the notice of appeal is premature. *See* NRS 177.015(3). Accordingly, this court

ORDERS this appeal DISMISSED.

_____, J.
Pickering

_____, J.
Parraguirre

_____, J.
Cadish

19-40231

cc: Chief Judge, Eighth Judicial District Court
Hon. James Bixler, Senior Judge
Hon. Tierra Danielle Jones, District Judge
Courtney Motley
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A

2